

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-12-00109-CV

_____

IN THE INTEREST OF J.K.B., A CHILD

On Appeal from the 62nd District Court
Lamar County, Texas
Trial Court No. 71609

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

## MEMORANDUM OPINION

Natalie Davis, appellant, filed a notice of appeal November 9, 2012. The clerk's record was filed November 19, 2012; the reporter's record was due January 7, 2013, but was not prepared because appellant never paid for the transcription of the record. On January 31, 2013, this Court entered an order directing appellant to either pay for the transcription of the record or file a brief without a reporter's record; further, the order established deadlines for accomplishing these directives. Finally, the order warned appellant that her failure to abide by the terms of the order and to prosecute her appeal with effect may result in the dismissal of her appeal for want of prosecution. *See* TEX. R. APP. P. 42.3.

The deadlines established by our January 31 order have come and gone, and we have received nothing from appellant. We dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

Bailey C. Moseley
Justice

Date Submitted: March 21, 2013
Date Decided: March 22, 2013